IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDA UNRUH,

    Plaintiffs,

v.                                                                                                            No. 17-cv-0422 JCH/SMV

JAMES D. VANDEVER TRUCKING, INC.
and EARL ROGER GARRETT,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. The parties have reached a settlement agreement. *See* [Doc. 14]. The Honorable Judith C. Herrera, United States District Judge, who is presiding in this case, determined that the settlement should be reviewed by a guardian *ad litem* ("GAL") and be subject to approval by the Court. [Doc. 20]. To that end, she ordered the parties to file a motion to appoint a GAL no later than July 14, 2017, and to approve their settlement no later than August 21, 2017. *Id.* at 1. She also referred the matter me for findings. *Id.* The parties did not comply with the deadline to move to appoint the GAL. Only after a courtesy telephone call from chambers staff was the motion was eventually filed, eleven days late. [Doc. 22]. The deadline to file the motion to approve the settlement passed yesterday. The motion has not been filed, and no extension has been requested.

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **August 29, 2017**, why she should not be sanctioned—including possible dismissal with prejudice of this action—for failure to comply with the Court's deadlines. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                                                                               **STEPHAN M. VIDMAR**
                                                                                               **United States Magistrate Judge**