IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDA UNRUH, as Personal Representative
of the Wrongful Death Estate of Robert L.
Unruh, Jr., Deceased and as next friend on
behalf of Robert L. Unruh's minor children,
Destiny Unruh, Robert Lee Unruh and Leland
Merle Unruh,

    Plaintiff,                                    Case No. 1:17-cv-0422 JCH/SMV

v.

JAMES D. VANDEVER TRUCKING, INC.,
and EARL ROGER GARRETT,

    Defendants.

## ORDER GRANTING UNOPPOSED
## MOTION TO RELEASE FUNDS FROM COURT REGISTRY

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion to Release Funds from Court Registry [Doc. 58], and the Court, having reviewed the Motion, finding that it is unopposed, and otherwise being fully-advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the $1,000,000.00 currently being held in the Court Registry shall be disbursed by a check payable to Great West Casualty Company and sent to Defendants' counsel Raul Sedillo, Butt Thornton & Baehr P.C., P.O. Box 3170, Albuquerque, NM 87190-3170. The memo line of the check shall contain the insurer's claim number, which is #K67042-L U01. Great West Casualty Company's Taxpayer ID is 47-6024508.

IT IS SO ORDERED.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

GRAYSON LAW OFFICE, LLC

By */s/ Brian G. Grayson*
Brian G. Grayson, Esq.
4700 Lincoln Rd. NE Ste. 107
Albuquerque, NM 87109
Tel: (505) 273-8570
Fax: (505) 214-5007
brian@graysonlawoffice.net
*Attorney for Plaintiff*

REVIEWED AND APPROVED AS TO FORM BY ALL COUNSEL ELECTRONICALLY ON December 8, 2017:

| Michael T Garrett<br>Garrett Law Firm PA<br>Email: cgarrett1941@gmail.com | Stephen S. Hamilton<br>Montgomery & Andrews, P.A.<br>Email: shamilton@montand.com |
|---|---|
| Donald C. Schutte<br>Email: schutte@aol.com | |

| Amy Elizabeth Headrick<br>Butt Thornton & Baehr PC<br>Email: aeheadrick@btblaw.com | Jay Joseph Athey<br>Butt Thornton & Baehr PC<br>Email: jjathey@btblaw.com |
|---|---|
| Raul P Sedillo<br>Butt, Thornton & Baehr, PC<br>Email: rpsedillo@btblaw.com | |